# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-3957

_____

LARRY ALAN DAILY,

Appellant,

v.

DANIEL MARK SOLOWAY and THE
SOLOWAY LAW FIRM, P.A.,

Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

March 29, 2018

PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Larry Alan Daily, pro se, Appellant.

Phillip S. Howell and Autumn P. George of Galloway, Johnson, Tompkins, Burr & Smith, PLC, Tampa, for Appellees.